AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

MID-CENTURY INSURANCE COMPANY

Plaintiff

v.

Civil Action No. 2:23-cv-52

MID-AMERICA MENTAL HEALTH LLC

DAUD RASHIDI

JANE DOE

Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),________________________recover from the Defendant(s)________________________ damages in the amount of ________________, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff ________________________

**X** Other: JUDGMENT IS ENTERED in favor of Plaintiff, Mid-Century Insurance Company, and against Defendants, Mid-America Mental Health LLC, Daud Rashidi, Jane Doe.

This action was (*check one*):

☐ tried to a jury with Judge ________________________ presiding, and the jury has rendered a verdict.

☐ tried by Judge ________________________ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on Plaintiff's Motion for Summary Judgment.

DATE: 05/20/2024

CHANDA J. BERTA, CLERK OF COURT

by s/J. Barboza

*Signature of Clerk or Deputy Clerk*