# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 12, 2024

Before
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 24-2047 | MID-CENTURY INSURANCE COMPANY,<br>Plaintiff - Appellee<br>v.<br><br>MID-AMERICA MENTAL HEALTH LLC,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 2:23-cv-00052-PPS<br>Northern District of Indiana, Hammond Division<br>District Judge Philip P. Simon | |

This matter comes before the court on consideration of the papers filed in this appeal and review of the short record.

The Rule 58 judgment entered in this case is deficient. A judgment must provide relief to which the prevailing party is entitled. *Hyland v. Liberty Mutual Fire Ins. Co.*, 885 F.3d 482, 483 (7th Cir. 2018). The judgment entered in this case fails to do so.

For declaratory judgment actions, district courts must declare specifically and separately the respective rights of the parties, not simply state in a memorandum opinion, minute order, or a form prescribed for judgments in a civil case that a motion has been granted or denied in one party's favor. *Calumet River Fleeting Inc. v. Int'l Union Operating Eng'rs*, 824 F.3d 645, 651 (7th Cir. 2016). Rule 58(b)(2) also requires that the judge, not a clerk, review and approve the form of a declaratory judgment. *Greenhill v. Vartanian*, 917 F.3d 984, 987 (7th Cir. 2019).

In this case, the clerk of court—not the judge—entered and signed the judgment. In the judgment, the court states that judgment is entered in favor of plaintiff Mid-Century Insurance

Company but provides no relief. The parties agree that this case should be remanded for the district judge to enter a corrected judgment. Accordingly,

**IT IS ORDERED** that this case is **REMANDED** to the district court to enter a judgment that fully and correctly implements its decision awarding declaratory relief to Mid-Century Insurance Company. *See* Fed. R. Civ. P. 60(a). This court will retain jurisdiction over this appeal. Once the district court has corrected its judgment, this appeal will proceed to briefing. An amended notice of appeal is unnecessary. *See Phila. Indemnity Ins. Co. v. The Chi. Trust Co.*, 930 F.3d 910, 912 (7th Cir. 2019); *Mosley v. Atchison*, 689 F.3d 838, 843–44 (7th Cir. 2012).

**IT IS FURTHER ORDERED** that appellant shall inform the court, on or before July 19, 2024, whether the district court has entered its amended judgment.

form name: **c7_Order_3J** (form ID: **177**)

CERTIFIED COPY

A True Copy
Teste:

Eleanor Royston

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

COURT OF APPEALS FOR THE SEVENTH CIRCUIT