**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| MID-CENTURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MID-AMERICA MENTAL HEALTH LLC, et al.,<br><br>Defendants. | ) | NO. 2:23-cv-52 |

# AMENDED JUDGMENT

In this declaratory judgment action, Mid-Century Insurance Co. issued three yearly policies of insurance (policy number 60662-52-15) to Mid American Health, LLC for the period April 11, 2018 through April 11, 2021. [DE 1 at 3.] Summary judgment has been granted in this case in favor of Mid-Century Insurance and against defendants Mid-American Health and Daud Rashidi, declaring there is no coverage under the applicable insurance policies as it relates to a state court amended complaint filed by Jane Doe in Lake County, Indiana Circuit Court, cause number 45C01-2112-CT-001246. [DE 47.] The United States Court of Appeals for the Seventh Circuit requested a separate judgment consistent with Rule 58.

**ACCORDINGLY:**

1) Mid-Century Insurance has no duty under the applicable insurance policy to

indemnify Mid-America Mental Health LLC or Daud Rashidi for any damages alleged in the state court amended complaint filed by Jane Doe in Lake County, Indiana Circuit Court, cause number 45C01-2112-CT-001246; and 2) Mid-Century Insurance Company owes no duty under the applicable insurance policy to defend Mid-America Mental Health LLC or Daud Rashidi against the claims made against them in the state court amended complaint filed by Jane Doe in Lake County, Indiana Circuit Court, cause number 45C01-2112-CT-001246.

**SO ORDERED**.

ENTERED: July 15, 2024

s/ Philip P. Simon
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT