# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 25, 2024

*By the Court*:

| | |
|---|---|
| No. 24-2047 | MID-CENTURY INSURANCE COMPANY,<br>Plaintiff - Appellee<br><br>v.<br><br>MID-AMERICA MENTAL HEALTH LLC,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 2:23-cv-00052-PPS<br>Northern District of Indiana, Hammond Division<br>District Judge Philip P. Simon |

Upon consideration of the **STIPULATION OF DISMISSAL**, filed on September 24, 2024, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 25, 2024

To: Chanda J. Berta
UNITED STATES DISTRICT COURT
Northern District of Indiana
Hammond, IN 46320-0000

| | |
|---|---|
| No. 24-2047 | MID-CENTURY INSURANCE COMPANY,<br>Plaintiff - Appellee<br><br>v.<br><br>MID-AMERICA MENTAL HEALTH LLC,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 2:23-cv-00052-PPS<br>Northern District of Indiana, Hammond Division<br>District Judge Philip P. Simon |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| TYPE OF DISMISSAL: | F.R.A.P. 42(b) |
| STATUS OF THE RECORD: | no record to be returned |